# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ALMA RODRIGUEZ-LARA                                    Case Number: 07-70632
64 WILDWOOD TRAILS                      SSN-xxx-xx-3406
CARY, IL  60013

Case filed on:        3/20/2007
Plan Confirmed on:    6/8/2007
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $9,153.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
|  |  |  |  |  |  |
| 011 | TROJAN PROFESSIONAL SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | A.S. HARRIS, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BOUDREAU & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FIRST FED. CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | UNITED COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ARM | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CREDITORS ALLIANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | BOUDREAU & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | AMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | HARVARD COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | ALMA RODRIGUEZ-LARA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | CONSECO FINANCE / GREEN TREE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GREEN TREE SERVICING LLC | 3,892.29 | 288.09 | 288.09 | 0.00 |
| 004 | FIRST NATIONAL BANK | 900.23 | 900.23 | 558.81 | 64.47 |
| 005 | MID AMERICA NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MID AMERICA NATIONAL BANK | 12,000.00 | 5,121.51 | 5,121.51 | 0.00 |
|  | Total Secured | 16,792.52 | 6,309.83 | 5,968.41 | 64.47 |
|  |  |  |  |  |  |
| 001 | CONSECO FINANCE RETAIL SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FIRST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN HOME SHIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN HOME SHIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASSET ACCEPTANCE CORP | 2,070.84 | 2,070.84 | 0.00 | 0.00 |
| 010 | BRITT A. BARBER, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CARING FAMILY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CHADWICKS OF BOSTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CITY OF CHICAGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DISCOVER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | FINANCIAL CREDIT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | GEORGE N ATIA MD | 189.30 | 189.30 | 0.00 | 0.00 |
| 024 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | INTERPATH, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | LAKE / MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MCNEAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MENARDS / HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NICOR GAS | 800.16 | 800.16 | 0.00 | 0.00 |
| 039 | NORDSTROM FSB | 715.00 | 715.00 | 0.00 | 0.00 |
| 041 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | NOVAS DOHR & COLL OB/GYN | 381.60 | 381.60 | 0.00 | 0.00 |
| 044 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | SHARYL E. BARKIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | | | | | |
|---|---|---|---|---|---|
| 051 | TODD S. GIESE, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | ASSET ACCEPTANCE CORP | 437.19 | 437.19 | 0.00 | 0.00 |
| 053 | TRIAD FINANCIAL CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | VIP FAMILY HEALTH CARE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | WESTLAKE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | YAUNG SOO KIM, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | ASSET ACCEPTANCE CORP | 2,658.99 | 2,658.99 | 0.00 | 0.00 |
| 059 | LUCIANO LARA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 7,253.08 | 7,253.08 | 0.00 | 0.00 |
| | Grand Total: | 27,319.60 | 16,836.91 | 8,468.41 | 64.47 |

Total Paid Claimant:      $8,532.88
Trustee Allowance:        $620.12
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By  /s/Heather M. Fagan